UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BRITTANY KUBBA, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | No. 1:25-cv-118 |
| LEE UNIVERSITY, | ) ) ) | |
| *Defendant.* | ) | |

## ORDER

The above-styled case has been reviewed pursuant to E.D. Tenn. L.R. 3.2(d)(3), and the Court concludes this case is related to previously filed cases:

| No. 1:25-cv-107-CLC-MJD | *Michael Harris, individually and on behalf of others similarly situated v. Lee University.* |
|---|---|
| No. 1:25-cv-108-CLC-MJD | *Christopher Vaught, on behalf of himself and all others similarly situated v. Lee University.* |
| No. 1:25-cv-109-CLC-MJD | *Lucresia Campbell, on behalf of herself and all others similarly situated v. Lee University.* |
| No. 1:25-cv-113-CLC-MJD | *Caleb Nabors, on behalf of himself and all others similarly situated v. Lee University* |
| No. 1:25-cv-114-CLC-MJD | *Katelyn Butler, on behalf of herself and all others similarly situated v. Lee University* |

The Clerk of the Court is directed to assign this case to the District Judge and Magistrate Judge assigned to the previously filed cases.

SO ORDERED.

ENTER:

s/ *[signature]*
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE