UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRITTANY KUBBA, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) No. 1:25-cv-118-CLC-MJD ) |
| LEE UNIVERSITY, | ) ) ) ) |
| *Defendant.* | ) |

## ORDER TO SHOW CAUSE ISSUED TO LEIGH MONTGOMERY

Attorney Leigh Montgomery ("Montgomery"), along with Attorneys Grayson Wells and J. Gerard Stranch, IV, is listed as counsel of record for Plaintiff Brittany Kubba [Doc. 1 at Page ID # 43], but Montgomery is not admitted to practice in this Court. Despite the Clerk's efforts to obtain compliance with E.D. Tenn. L.R. 83.5(b)(1) governing pro hac vice admission, Montgomery has neither moved to be admitted nor moved to withdraw.[1]

Accordingly, it is **ORDERED** that Montgomery **SHALL SHOW CAUSE** in writing on or before **June 26, 2025,** why she should not be held in contempt or otherwise sanctioned for her actions, or lack thereof, concerning admission. If a proper notice/motion to withdraw or a motion for admittance (including proper registration for the Court's electronic case filing pursuant to Rule

---

[1] The Clerk's office notified Montgomery that she was not in compliance with E.D. Tenn. L.R. 83.5(b)(1) on April 8, 2025 [Doc. 4]. The Notice of Deficiency instructed Montgomery to submit a motion for admission pro hac vice or the matter would be referred to a magistrate judge. Attorneys are encouraged to avoid court intervention on such matters.

5 of the Court's Electronic Case Filing Rules and Procedures), is filed by Montgomery prior to **June 26, 2025**, this show cause order shall be deemed satisfied.

      SO ORDERED.

      ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE