UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRITTANY KUBBA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LEE UNIVERSITY,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>) No. 1:25-cv-118-CLC-MJD<br>)<br>)<br>)<br>) |

# **O R D E R**

On June 11, 2025, Attorney Leigh S. Montgomery ("Attorney Montgomery") timely filed a motion for admission *pro hac vice* as counsel for Plaintiff Brittany Kubba [Doc. 16] in response to the Order to Show Cause Issued to Attorney Montgomery on June 10, 2025 [Doc. 15]. On June 20, 2025, Attorney Montgomery's motion for admission *pro hac vice* was granted [Doc. 17]. The Court therefore finds the Order to Show Cause [Doc. 15] **DEEMED SATISFIED**. As Attorney Montgomery is now admitted she shall now register for the Court's electronic case filing pursuant to Rule 5 of the Court's Electronic Case Filing Rules and Procedures.

SO ORDERED.

ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE